Donals Ray DAVIS, also known
as Donald Davis, Plaintiff–
Appellant,

v.

Tye HEATH, Claims Examiner; Lisa
Olson, Dispute Review Officer; Paula
Norris, Claims Adjuster; Alma Dog-
gett, Claim Analyst, Defendants–Ap-
pellees.

No. 07–10251
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 7, 2008.

Donals Ray Davis, Rosharon, TX, pro
se.

Before HIGGINBOTHAM, STEWART,
and ELROD, Circuit Judges.

PER CURIAM: *

Donals Ray Davis, Texas prisoner
# 1326046, appeals from the dismissal of
his 42 U.S.C. § 1983 complaint as frivolous
and for failure to state a claim. Davis
argues that the district court erred in dis-
missing his complaint against employees of
the Texas Workers Compensation Com-
mission because the defendants are not
immune from suit. He also contends that
the definition of disability in the Texas
Workers Compensation Act is unconstitu-
tionally vague. Davis does not challenge
findings from the district court that he

failed to allege a property interest, that his
equal protection claim is without merit,
and that he pleaded facts showing that he
was not prevented from employment by a
disability, but rather incarceration. Be-
cause Davis failed to brief these issues,
they are deemed abandoned. *See Yohey v.
Collins,* 985 F.2d 222, 224–25 (5th Cir.
1993); *Brinkmann v. Dallas County Dep-
uty Sheriff Abner,* 813 F.2d 744, 748 (5th
Cir.1987).

Davis's argument challenging the defen-
dants' immunity status is without merit.
The district court did not determine that
the defendants were immune. The judg-
ment from which Davis appeals is not
based upon immunity. Additionally,
Davis's argument challenging the constitu-
tionality of the Texas Workers Compensa-
tion Act's definition of disability was not
raised before the district court. There-
fore, the issue will not be considered on
appeal. *See Leverette v. Louisville Ladder
Co.,* 183 F.3d 339, 342 (5th Cir.1999).

Davis's appeal is without arguable merit
and is therefore dismissed as frivolous.
*See* 5TH CIR. R. 42.2; *Howard v. King,* 707
F.2d 215, 219–20 (5th Cir.1983). The dis-
trict court's dismissal of Davis's complaint
as frivolous and this court's dismissal of
Davis's appeal count as two strikes for
purposes of 28 U.S.C. § 1915(g). *See Ade-
pegba v. Hammons,* 103 F.3d 383, 387–88
(5th Cir.1996). Davis is cautioned that if
he accumulates three strikes, he will no
longer be allowed to proceed in forma
pauperis in any civil action or appeal filed
while he is detained or incarcerated in any
facility unless he is under imminent dan-
ger of serious physical injury. *See* 28
U.S.C. § 1915(g).

* Pursuant to Fifth Circuit Rule 47.5, the court
  has determined that this opinion should not
  be published and does not constitute prece-

dent except under the limited circumstances
set forth in Fifth Circuit Rule 47.5.4.

APPEAL DISMISSED; SANCTION WARNING ISSUED.